UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PYRAMID INSTRUMENTATION & ELECTRIC CORP., ET AL. | * | CIVIL ACTION NO. 2:17-CV-1358 |
| VERSUS | * | UNASSIGNED DISTRICT JUDGE |
| DWAYNE KEVIN HEBERT, ET AL. | * | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 13] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants Erik Morgan and Galaxy NA, LLC's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6), [Doc. No. 8], is **GRANTED IN PART**, with respect to claims under the Defend Trade Secrets Act ("DTSA"), 18 U.S.C. § 1836 *et seq.*, and the Louisiana Uniform Trade Secrets Act ("LUTSA"), La. Rev. Stat. § 51:1431 *et seq.*, and these claims are **DISMISSED WITHOUT PREJUDICE**; and the motion is **DENIED** in all other respects.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendants Erik Morgan and Galaxy NA, LLC's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(1) [Doc. No. 8] is **DENIED AS MOOT**.

Monroe, Louisiana, this 13th day of April, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE