UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| PYRAMID INSTRUMENTATION & ELECTRIC CORPORATION AND PTW ENERGY SERVICES, INC. | CIVIL ACTION NO. 2:17-1358 |
| VERSUS | JUDGE SUMMERHAYS |
| DWAYNE KEVIN HEBERT, ERIC MORGAN, AND GALAXY NA, LLC | MAG. JUDGE KAY |

## JUDGMENT

Pursuant to the Memorandum Ruling issued this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that that the "Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted" (Doc. 33) is hereby **GRANTED**, and Counts III (misappropriation of trade secrets under the Defend Trade Secrets Act, 18 U.S.C. § 1831 *et seq.*) and IV (Misappropriation of Trade Secrets pursuant to the Louisiana Trade Secrets Act, Louisiana Revised Statute § 51:1431 *et seq.*) of Plaintiffs' Complaint, as asserted against Defendant Dwayne Kevin Hebert, are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana on this 2nd day of January, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE